# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-52945
Case Name: KRUSZEWSKI, JAMES & TISHA
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Robert S. Thomas II | $ 250.03 | $ 72.88 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

UST Form 101-7-TFR (9/1/2009)

FILED 2010 AUG 30 AM 11:35 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,838.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Republic Waste Services, Inc. | $ 26.28 | $ 0.43 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 25,959.46 | $ 410.36 |
| 4 | Dominion East Ohio | $ 475.85 | $ 7.52 |
| 5 | Chase Bank USA, N.A. | $ 11,558.41 | $ 182.71 |
| 6 | FirstMerit Bank NA | $ 3,532.70 | $ 55.84 |
| 7 | Verizon Wireless | $ 819.95 | $ 12.96 |
| 8 | Recovery Management Systems Corporation | $ 274.43 | $ 4.34 |
| 9 | OHIO EDISON BANKRUPTCY DEPARTMENT | $ 191.42 | $ 3.03 |

*[Handwritten annotations: claims 2, 8, and 9 are circled/crossed out; "# 7.80", "Ck # 108", "receipt # 81732"]*

UST Form 101-7-TFR (9/1/2009)